**Dismissed and Memorandum Opinion filed July 26, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00630-CR

---

## EX PARTE EVARISTO HERNANDEZ MARTINEZ, Appellant

---

**On Appeal from the 339th District Court
Harris County, Texas
Trial Court Cause No. 669905**

---

## MEMORANDUM OPINION

This attempted appeal is from the denial of an application for writ of habeas corpus on May 14, 2012. No motion for new trial was filed. Appellant's notice of appeal was not filed until July 2, 2012.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal which complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208,

210 (Tex. Crim. App. 1998).  If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal.  Under those circumstances it can take no action other than to dismiss the appeal.  *Id.*

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher and Jamison.

Do Not Publish — Tex. R. App. P. 47.2(b).